UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WILLIAM NEWELL,

                      Plaintiff,

    against

APPLE INC., et al.,

                      Defendants.

CIVIL ACTION NO.: 19 Civ. 4018 (JPO) (SLC)

**DISCOVERY SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held today, January 15, 2020, fact discovery shall proceed as follows:

1. Fact discovery must be completed by **June 15, 2020**.

2. Initial document requests must be served by **February 15, 2020**.

3. Depositions must be completed by **May 15, 2020**.

4. Third-party subpoenas must be served by **May 15, 2020**.

At the conference, the parties informed the Court that defendant Bloomfield and the City of New York have reached a settlement in principle with Mr. Newell. If that agreement does not come to fruition and/or if the Motion to Dismiss filed by defendant Apple Inc. (ECF No. 19) is not granted in its entirety, the Court will contact the parties to schedule a settlement conference.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff Newell at the below address, to update the docket to reflect the new address, and to close the Letter-Motion at ECF No. 25.

Dated: New York, New York
January 15, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**

Mail to: Daniel William Newell
DIN: 19A4295
Downstate Correctional Facility
121 Red Schoolhouse Road
P.O. Box F
Fishkill, New York 12524