UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WILLIAM NEWELL,
                      Plaintiff,

-v-

APPLE INC. et al.,
                      Defendants.

19-CV-4018 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Apple Inc. filed a motion to dismiss on December 9, 2019. (Dkt. No. 19.) Plaintiff Daniel William Newell was served with the motion papers that same day. (Dkt. No. 21.) This Court's Individual Practices in Pro Se Cases require a Plaintiff to file an opposition brief, which is a brief making legal arguments against Defendant's motion, within four weeks of the date she is served with Defendant's motion papers. Newell has not filed an opposition.

Newell's time to file an opposition is extended to February 3, 2020. By that deadline, Newell must deliver his brief to prison authorities for mailing. If Newell's opposition is not delivered to the proper prison authorities before February 3, 2020, the Court will consider Apple's motion to be unopposed.

      SO ORDERED.

Dated: January 17, 2020
       New York, New York

                                            J. PAUL OETKEN
                                        United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*