UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WILLIAM NEWELL,

                      Plaintiff,

-v-

APPLE INC. et al.,

                      Defendants.

19-CV-4018 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been informed that Plaintiff Daniel William Newell and Defendants Zackary Bloomfield and the City of New York have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that the claims against Defendants Bloomfield and the City of New York are DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

      All filing deadlines and conference dates are adjourned *sine die* with respect to Defendants Bloomfield and the City of New York.

      SO ORDERED.

Dated: January 27, 2020
       New York, New York

                                                J. PAUL OETKEN
                                             United States District Judge