**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DANIEL WILLIAM NEELL,

                Plaintiff,

   -against-                           19 **CIVIL** 4018 (JPO)

                                             **JUDGMENT**

APPLE INC., et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 1, 2020, Apple's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York

     April 6, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                        **Clerk of Court**
                   **BY:**
                                          _____
                                                       **Deputy Clerk**